IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:19-cv-00658 |
| ) | JUDGE RICHARDSON |
| NISSAN MOTOR ACCEPTANCE ) | |
| CORP., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 7).[1] Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation of Dismissal sufficed to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice, the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that all claims in this action have been **DISMISSED** with prejudice, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.[2]

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] Although the Joint Stipulation states that the Settlement Agreement is "attached," there is no such document attached. Because the Joint Stipulation of Dismissal requires no action by the Court, failure to attach this document does not preclude entry of this Order.

[2] The Court acknowledges the parties' agreement that, upon proper motion, this action maybe reinstated should Plaintiff claim that Defendant has breached the Settlement Agreement.