# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

United States of America

            Plaintiff,

v.              Case No.: 3:19−cv−00658

Nissan Motor Acceptance Corporation

            Defendant,

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/20/2019 re [9].

                   Kirk L. Davies
               s/ Jessica Wayman, Deputy Clerk